IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2006 FEB 28  P 4: 26

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| NONA KARPINSKI | |
| PLAINTIFF | |
| VS. | CIVIL ACTION NO._____ |
| ENCORE RECEIVABLE MANAGEMENT, INC. | COMPLAINT AND DEMAND FOR A JURY TRIAL |
| DEFENDANT | 06cv166-FJP-DLD |

# COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Nona Karpinski, is a natural person who resides in Livingston Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Encore Receivable Management, Inc. (hereinafter referred to as "Encore" or "defendant") is a foreign corporation, whose principal office is located at 400 N. Rogers Road, Olathe, Kansas 66062, and whose registered agent for service of process in Louisiana is Lexis

Summons issued

Document Services, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129. Encore, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On or about July 11, 2005, defendant Encore's employee Shawn Rigg called Ms. Karpinski's son-in-law, Lane Wilson, about a debt Ms. Karpinski allegedly owed to on a Sears account in the amount of approximately $2900.00.

6. This debt arose from the use of a credit card which was used primarily for personal, family, or household purposes.

7. Ms. Karpinski does not live with her daughter and son-in-law, Lane Wilson.

8. Shawn Rigg told lane Wilson that this was a "legal matter."

9. Ms. Karpinski was then told about this call by her daughter, Karynn Wilson, and she then called Encore directly and was connected with Shawn Rigg.

10. Ms. Karpinski asked whether Encore was going to send her a letter and she was told that "Alegis" had mailed her a letter on May 27, 2005, to which Ms. Karpinski informed Encore that she had not received any letters.

11. Ms. Karpinski also explained that she disputed this debt because she had purchased the items on a one year interest free account but a mistake had been made by Sears.

12. On or about July 14, 2005, Shawn Rigg called and spoke with Ms. Karpinski's daughter, Karynn Wilson.

13. After learning of this call to her daughter, Ms. Karpinski called back to Encore on July 14, 2005, and she was advised that her account was going for "legal review" by John

Hernandez, an employee of Encore.

14. Ms. Karpinski then spoke with John Hernandez' supervisor, Patrick Ruble, who informed her the police would serve her with papers at work and that she would then be suspended from her job at BellSouth.

15. Encore's employees then called and spoke with Karynn Wilson again on July 19, 2005.

16. Because she feared that she might lose her job over this alleged debt, Ms. Karpinski spoke with her supervisor at BellSouth, who assured her she would not be suspended from her job if she was served with papers at work by the police.

17. On July 27, 2005, Ms. Karpinski spoke with employees of Encore again.

18. During this telephone conversation, it was explained to her that the papers she would be served with by the police, if she were sued, were "to appear in court."

19. Patrick Ruble, an employee of Encore, also told Ms. Karpinski that if she was served with papers by the police at work, that "Bell will probably dismiss you."

20. Defendant Encore's use of intimidation and improper third party contacts has damaged plaintiff's relationship with her daughter.

### DEFENDANT'S PRACTICES

21. Defendant Encore violated numerous provisions of the FDCPA including but not limited to sections 1692b, 1692c, 1692e and 1692f.

22. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendant Encore Receivable Management, Inc. for:

    a.    Additional damages;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

_____
**GARTH J. RIDGE**
Bar Roll Number 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-Mail: GarthRidge@aol.com

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KARPINSKI, Nona

## DEFENDANTS
Encore Receivable Management, Inc.

(b) County of Residence of First Listed Plaintiff  Livingston
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Garth J. Ridge
Attorney at Law
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: 225-343-0700 Facsimile Number: 225-343-7700

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U S Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | X 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE February 28, 2006
SIGNATURE OF ATTORNEY OF RECORD /s/ Garth J. Ridge

**FOR OFFICE USE ONLY**
RECEIPT # 4699002156  AMOUN_____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____