UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NONA KARPINSKI            CIVIL ACTION

VERSUS            NUMBER 06-166-B-M3

ENCORE RECEIVABLE
MANAGEMENT, INC.

## ORDER

The scheduling conference presently set for **June 22, 2006** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions and are final deadlines.** No extensions will be granted except under extreme circumstances. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint or adding new parties, claims, counterclaims, or cross-claims is **August 14, 2006.**

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **June 29, 2006.**

   b. **Filing** all discovery motions and **completing** all discovery except experts: **October 20, 2006.**

   **NOTE:** Any motions filed regarding written discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

   c. Disclosure of identities and resumés of experts:

      **Plaintiff(s):**     October 20, 2006.

      **Defendant(s):**     November 20, 2006.

d. Expert reports must be submitted to opposing parties as follows:

  **Plaintiff(s):** **November 20, 2006.**

  **Defendant(s):** **December 20, 2006.**

  e. Discovery from experts must be completed by **January 20, 2007.**

3. All dispositive motions must be filed on or before **February 20, 2007** unless no experts are used, then deadline for filing dispositive motions shall be **November 20, 2006.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

In the event the parties have not previously notified the court that the matter is ready to be set for a pretrial conference, or the district judge has not already set a pretrial conference, this matter will be reviewed within 15 days of the expiration of the deadline to file dispositive motions (**February 20, 2007** unless no experts are used, then deadline for filing dispositive motions shall be **November 20, 2006.**), and assigned for a pre-trial/status conference if necessary.

The parties may contact the court at (225) 389-3602 after discovery has been completed should they wish to schedule a settlement conference or mediation under the court's ADR plan.

Signed in chambers in Baton Rouge, Louisiana, this 19th day of June, 2006.

_____
MAGISTRATE JUDGE DOCIA L. DALBY